**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Eric Kemp & Suzanna M. Scoda<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-12346 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Matteo S. Weiner, Esquire**
        Matteo S. Weiner, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322 FAX (215) 627-7734