**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:    ERIC KEMP              : Bankruptcy No. 17-12346
          SUZANNE SCOUDA         :
                                 :
          DEBTOR                 : Chapter 13
```

### O R D E R

AND NOW, this         day of            , 2017, upon consideration of the Debtors Praecipe to Dismiss Debtor Eric Kemp from Chapter 13 case, it is hereby ORDERED that that Eric Kemp is removed from Chapter 13 case number 17-12346.

**Date: June 25, 2017**

_____
THE HONORABLE JEAN K. FITZSIMON

Service list:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Eric Kemp
4204 Barnett Street
Philadelphia, PA 19135

Suzanne Scoda
4204 Barnett Street
Philadelphia, PA 19135


all creditors on the matrix