## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Eric Kemp<br>         Suzanne M. Scoda<br>                              Debtors<br><br>PNC Bank, National Association<br>                              Movant<br>         vs.<br><br>Eric Kemp<br>Suzanne M. Scoda<br>                              Debtors<br><br>                              Trustee | CHAPTER 13<br><br><br><br>NO. 17-12346 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of PNC Bank, National Association to Confirmation of Chapter 13 Plan, which was filed with the Court on or about May 30, 2017 (Doc. No. 16).

                                              Respectfully submitted,

                                              **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire

                                              Matteo S. Weiner, Esquire
                                              Attorneys for Movant
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322

August 29, 2017