IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SUZANNE SCODA    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 17-12346 MDC

### ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $4,520.00 |
| Total expense cost: | $   20.00 |
| Attorney fee already paid by Debtor | $1,000.00 |
| Net amount to be paid by Trustee | $3,520.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

*Magdeline D. Coleman*

HONORABLE MAGDELINE D. COLEMAN

Dated: November 9, 2017