# WELTMAN, WEINBERG & REIS Co., LPA

### ATTORNEYS AT LAW

*80 Years of Service*

---

**Brooklyn Hts** 216 739 5100
**Chicago** 312 782 9676
**Cincinnati** 513 723 2200
**Cleveland** 216 685 1000
**Columbus** 614 228 7272

**Keri P. Ebeck**
*Shareholder*
436 Seventh Avenue, Suite 2500 Pittsburgh, PA 15219
412 338 7102 phone
kebeck@weltman.com
weltman.com

**Detroit** 248 362 6100
**Ft. Lauderdale** 954 740 5200
**Grove City** 614 801 2600
**Philadelphia** 215 599 1500
**Pittsburgh** 412 434 7955

January 17, 2018

Clerk of Court
c/o Marie Kalinoski
Eastern District Bankruptcy Court of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

<u>VIA EMAIL AND FIRST CLASS MAIL</u>

RE:    Substitution of Counsel
       Keri P. Ebeck, Bar No. 91298

Dear Ms. Kalinoski:

This letter is to serve as a request to enter a substitution of counsel in all open bankruptcy cases (as attached hereto). I will be leaving my current firm of Weltman, Weinberg & Reis, Co., LPA on January 26, 2018 and Nathalie Paul, Esquire of our Philadelphia office will be entering her appearance on all of these cases. Can you please process this request for substitution of counsel of Keri P Ebeck to Nathalie Paul.

I appreciate the Court's willingness to handle the substitution of counsel in this manner as oppose to requiring individual filings. Please reach out to me with any questions or concerns.

**WITHDRAWAL OF:**
Keri P. Ebeck, Esquire
436 7TH Avenue, Ste. 2500, Pittsburgh, PA 15219
Telephone: (412) 807-1552
Fax: (412) 434-7959
Email: kebeck@weltman.com

**ENTRY OF APPEARANCE**
Nathalie Paul, Esquire
Weltman, Weinberg & Reis, Co., LPA
170 S. Independence Mall W., Suite 874W
Philadelphia, PA 19106
Telephone: (267) 940-1643
Email: npaul@weltman.com

Very truly yours,

Keri P. Ebeck, Esquire

Cc: Nathalie Paul (via email only)

| Case # | Case Name | Chapter |
|---|---|---|
| 09-15404-elf | Universal Marketing, Inc. and Universal Marketing, Inc. | 7 |
| 11-10945-jkf | H. Beasley Enterprises, Inc. | 7 |
| 12-10556-mdc | Dolphus Williams | 13 |
| 12-11021-mdc | Adrienne V Silverstein | 7 |
| 12-16158-ref | Andrea Rahn | 13 |
| 12-16558-amc | Donte Murphy | 13 |
| 12-17639-amc | Joseph A. Milhollen | 13 |
| 12-18190-ref | David E. Wallis and Ruth E. Wallis | 13 |
| 12-18400-amc | Paolo Rizzi and Patrizia Rizzi | 13 |
| 12-18772-elf | Alvira Perry | 13 |
| 12-19376-ref | Carter P. Reese and Sarah C. Reese | 11 |
| 12-19584-ref | Richard E. Schantz, Jr. | 13 |
| 12-20238-mdc | Alexis G. Hunter | 13 |
| 12-20306-amc | Stanley S. Kobus | 13 |
| 12-20830-ref | Joseph Thomas Thomson | 13 |
| 13-10293-jkf | Anthony J McIntyre and Kristi L. McIntyre | 13 |
| 13-10366-jkf | Thanimas A Scott | 13 |
| 13-11388-jkf | William J. Ristine, Sr. and Mable Ristine | 13 |
| 13-11942-jkf | Lester C. DeMund | 13 |
| 13-12194-mdc | Robert J. Jardel, III and Barbara A. Jardel | 13 |
| 13-12665-jkf | Edward M. Edell | 13 |
| 13-13693-amc | Nadine Ward | 13 |
| 13-13802-ref | Frank A Amato, Sr | 13 |
| 13-15246-amc | Frederick A Engel, Jr. and Jill C Engel | 13 |
| 13-17415-mdc | Cha Bang Yoo | 13 |
| 13-17561-mdc | John K. Smith and Joanne K. Smith | 13 |
| 13-18120-mdc | Richard Montini and Mabel Montini | 13 |
| 13-18562-mdc | Michael M. Azzinaro and Jean Azzinaro | 13 |
| 13-19905-amc | Thomas H Rogers | 13 |
| 13-20186-mdc | Christopher Lear | 13 |
| 13-20457-mdc | Kenneth C. Osbourne | 13 |
| 13-21083-ref | James Springman and Kristie Springman | 13 |
| 14-10262-jkf | Michelle Lozada | 13 |
| 14-10606-amc | Hung B. Nguyen and Thoa K. Nguyen | 13 |
| 14-11180-amc | Thomas Kropp | 13 |
| 14-11386-elf | John Roger Powe, III | 13 |
| 14-11406-jkf | Shawn Moffit | 13 |
| 14-11450-mdc | Gary R. Eschenburg and Margaret M. Eschenburg | 13 |
| 14-11762-elf | Thomas J. Van Eck and Patricia L. Van Eck | 13 |
| 14-11763-amc | Thomas E. Shavers | 13 |
| 14-12112-mdc | Lance Wilus and Rachel Wilus | 13 |
| 14-12129-elf | Joseph M. Hayes | 13 |
| 14-12135-mdc | Thomas J. Kellett, Jr. | 13 |
| 14-12224-elf | Stewart Allen Lee | 13 |
| 14-12333-ref | James D Dematt | 13 |
| 14-12841-amc | Mary Anne B Rochford | 13 |
| 14-13018-amc | Robert L. Akers, Jr. | 13 |
| 14-13509-jkf | Marie M. Baille and Gesner Baille | 13 |

| | | |
|---|---|---|
| 14-13589-elf | Stephen Nuah Yeiah | 13 |
| 14-14200-amc | Nnena C. Agwu | 13 |
| 14-14817-jkf | Ronald Brunson | 13 |
| 14-14966-amc | Bakir Gueddi | 13 |
| 14-15455-amc | William Steven Stanaitis and Penny Mifflin Stanaitis | 13 |
| 14-15595-mdc | Vahid Arpaderli | 13 |
| 14-16292-jkf | Dolores Rooney | 13 |
| 14-16969-amc | Patricia J Minteer | 13 |
| 14-17097-amc | Elinore M. Munro | 13 |
| 14-17127-amc | Irina Shafran | 13 |
| 14-17492-elf | Gregory W Hallquist and Nicole G Hallquist | 13 |
| 14-17723-elf | Kathleen Mary Harris | 13 |
| 14-18732-amc | Anthony J Fontana, Jr. | 13 |
| 14-18854-amc | Bridget Hutt | 13 |
| 14-19488-amc | Marc Grossman | 13 |
| 14-19609-elf | Dawn Thomforde | 13 |
| 14-19756-amc | Steven Rosenblum | 13 |
| 14-19779-amc | Mitchell J. Holak | 13 |
| 14-19995-mdc | Haile M. Lemma | 13 |
| 14-20174-jkf | Phyllis Cortese | 13 |
| 15-10211-jkf | Eric M. Carlisle and Ivory L. Jennings-Carlisle | 13 |
| 15-10595-jkf | Mohtaram Satchmei | 13 |
| 15-11033-amc | William Norman Pastino and Roberta Claire Pastino | 13 |
| 15-11041-elf | Cleveland Medlock | 13 |
| 15-11518-elf | Marcha M. Polection | 13 |
| 15-11740-mdc | Altoro T. Hall and Maria D. Hall | 13 |
| 15-12136-amc | Rosalind Hill | 13 |
| 15-12329-mdc | Joan B. Ryan | 13 |
| 15-12684-elf | Jeffrey Arnal and Estelle Woodward | 13 |
| 15-12780-ref | Douglass Lee Miller | 13 |
| 15-13251-mdc | Neil P. Rines | 13 |
| 15-13594-ref | Donald Leroy Dreisbach and Marie Lynn Dreisbach | 13 |
| 15-13984-ref | Patrick S. Coine | 13 |
| 15-14148-elf | Robert J Sheridan | 13 |
| 15-14253-jkf | Jerry Rutledge | 13 |
| 15-14315-jkf | Joyce A. Bruhn | 13 |
| 15-14693-mdc | Amy E. Robinson | 13 |
| 15-14733-amc | Elizabeth Jane Abreu | 7 |
| 15-14875-jkf | Scott B. Spieth | 13 |
| 15-14892-elf | Martin M. Spadaccino and Marita Ann Spadaccino | 13 |
| 15-14946-mdc | Geraldine B. Miller | 13 |
| 15-15028-mdc | Donna L. Favata | 13 |
| 15-15033-amc | Michael A. Clay | 13 |
| 15-15986-ref | Debra A. Kantner | 13 |
| 15-16615-jkf | Joseph A. Durkin and Donna Durkin | 13 |
| 15-16718-jkf | Christopher M. Wolfington | 7 |
| 15-16847-elf | Wendi Sue Miller and Shawn Keith Miller | 13 |
| 15-17133-elf | Mohammad A. Chughtai and Farzana A. Chughtai | 7 |
| 15-17477-elf | Shinda Michelle Jackson | 13 |

| | | |
|---|---|---|
| 15-17662-elf | Stephanie A Rees | 13 |
| 15-17987-ref | Andrew J Pavucek and Heather Pavucek | 13 |
| 15-18113-mdc | Alphonso Lamont Jackson and Evelyn Denise Johnson-Jackson | 13 |
| 15-18836-ref | Joseph Passaro, Jr and Catherine Passaro | 13 |
| 15-18851-mdc | Karlyn Belinda Cooney | 13 |
| 15-18944-mdc | Richard L. Yeager and Vicki J. Yeager | 13 |
| 15-18948-elf | Kyung Tae Ko and Young Hee Ko | 13 |
| 16-10087-mdc | Stephen John Hall and Lora Ann Hall | 13 |
| 16-10561-amc | Charles A Leamy | 13 |
| 16-11166-elf | Saleem A. Fields | 13 |
| 16-11869-elf | Lynne Johnson | 13 |
| 16-12507-elf | Ralph B. Clark, Sr. | 13 |
| 16-13083-elf | H. Terry Shaner and Geraldine M. Shaner | 13 |
| 16-13241-mdc | Catherine E. Lutz | 13 |
| 16-13263-elf | David James Rubino | 13 |
| 16-13290-ref | Susan Muso | 13 |
| 16-13321-ref | Joseph Wittreich and Christine Marie Wittreich | 13 |
| 16-13813-jkf | Marie E Marchese | 7 |
| 16-14091-elf | Augustus J. Bono and Robyn A. Bono | 13 |
| 16-14131-elf | Steven Price | 13 |
| 16-14141-elf | Michael Brown, Sr. | 13 |
| 16-14174-elf | Victor M. Innamorato | 13 |
| 16-14281-elf | Franklin Albert Bennett, III | 13 |
| 16-14661-ref | Robert F. Stoudt and Phyllis M. Stoudt | 13 |
| 16-14853-jkf | Deirdre Thurston-Frazier and Michael Frazier | 13 |
| 16-15026-jkf | John F Donnelly and Constance M Donnelly | 13 |
| 16-15300-mdc | James M. Drake | 13 |
| 16-15512-mdc | Angela M. Martin | 13 |
| 16-15650-elf | Sharon H. Berry | 13 |
| 16-15810-elf | Samuel Georges and Marnie Jean Georges | 13 |
| 16-15993-elf | Robert F Cronin and Cristina B Cronin | 13 |
| 16-16130-mdc | Anthony F. Auletta and Theresa Kathleen Auletta | 13 |
| 16-16257-jkf | Lillian R. Lamb | 7 |
| 16-16299-mdc | Larry Michael Fulmer | 13 |
| 16-16428-mdc | Biagio Genovesi | 13 |
| 16-16588-elf | Keith A. Bender | 13 |
| 16-16663-amc | Jennifer L. Paullin | 13 |
| 16-16714-ref | Arlene V. Scheirer | 13 |
| 16-17073-ref | Robert B Miles | 13 |
| 16-17443-mdc | Thomas A Houck, Sr. and Deborah J Houck | 13 |
| 16-17461-mdc | Deborah Owens and Henry L. Owens, Jr. | 13 |
| 16-17486-mdc | Mark J. Elliott | 13 |
| 16-17648-amc | John William Older and Rene Ann Older | 13 |
| 16-17835-ref | Sheryl Ann Sauerwine and Kenneth James Sauerwine | 13 |
| 16-17844-mdc | Kenneth W Hopkins, Jr and Natalie F Hopkins | 13 |
| 16-17922-amc | DeVal Corporation | 11 |
| 16-18026-jkf | Tina M Erickson | 13 |

| | | |
|---|---|---|
| 16-18068-amc | Jeremy M Lloyd and Victoria J Lloyd | 13 |
| 16-18179-amc | Brian Nelson | 13 |
| 16-18228-ref | Jon Markley and Carol Markley | 13 |
| 16-18314-ref | Karen Yvette Theodor | 13 |
| 16-18377-jkf | Meeghan E. Hall | 13 |
| 16-18380-jkf | Monica A Adduci | 13 |
| 17-00126-amc | McGhee v. CITIZENS BANK OF PENNSYLVANIA | Lead BK: 17-10455-amc Yvonne McGhee |
| 17-00168-mdc | Houck et al v. Citadel Federal Credit Union | Lead BK: 16-17443-mdc Thomas A Houck, Sr. and Deborah J Houck Thomas A Houck, Sr. and Deborah J Houck |
| 17-00346-mdc | Crumrine v. RBS Citizens | Lead BK: 14-14217-mdc Katherine F. Crumrine |
| 17-00360-amc | Swope v. PSECU | Lead BK: 17-15137-amc Scott L. Swope |
| 17-10231-mdc | Ronald E. Williams and Caroline V. Williams | 13 |
| 17-10283-elf | Sheila P Mitchell | 13 |
| 17-10352-elf | Ernest D. Carrington | 13 |
| 17-10405-elf | Donald H. Pentz and Janell S. Pentz | 13 |
| 17-10643-amc | Anthony E. Garofalo | 13 |
| 17-10881-mdc | Peter C Davis | 13 |
| 17-10931-ref | Richard Bruce Wilson | 13 |
| 17-10985-mdc | Julie L. Andrew | 13 |
| 17-11103-ref | Sean P Craig | 13 |
| 17-11156-elf | Jeremy Stevens and Tabitha Stevens | 13 |
| 17-11427-jkf | Lillie Kennedy | 13 |
| 17-11504-jkf | Henry L. Myers and Jasmine D, Myers | 13 |
| 17-11691-mdc | Scott Golden and Adele Golden | 11 |
| 17-11771-mdc | Sheila M Stephens and Harry H Stephens, Jr. | 13 |

| | | |
|---|---|---|
| 17-11806-mdc | Lisa M Hoyle | 13 |
| 17-11881-mdc | Michael W. Beller and Jacqueline A. Beller | 13 |
| 17-11937-mdc | Russell M. Jamison, Jr. and Nancy J. Jamison | 7 |
| 17-12119-elf | Scott Alexaki | 13 |
| 17-12174-elf | Keith J. Gilbert | 13 |
| 17-12184-ref | Christopher E. Blake and Mitizene D Lindo-Blake | 13 |
| 17-12346-mdc | Suzanne M. Scoda | 13 |
| 17-12592-ref | Rachael L. Moyer | 13 |
| 17-12617-elf | Roberta M Lesesane | 13 |
| 17-12833-amc | Personal Support Medical Suppliers, Inc. | 11 |
| 17-12903-ref | Gretchen M. Tillitt | 13 |
| 17-12940-amc | Carnell Andrew Jefferson | 13 |
| 17-13281-mdc | Patricia L. Fitzgerald | 13 |
| 17-13298-amc | Christopher Harris | 13 |
| 17-13377-jkf | Diane Christine Meyer | 13 |
| 17-13396-elf | Stephanie Ann Zdrazil | 13 |
| 17-13546-ref | Diane Gharzouzi | 13 |
| 17-13611-ref | Gerald D. Searfass and Lana J. Searfass | 13 |
| 17-13865-amc | Phyllis Tallos-Goldring | 13 |
| 17-14170-mdc | David R. Gallagher | 13 |
| 17-14208-mdc | Kenneth L. Christman, Jr. | 13 |
| 17-14209-jkf | Penny L Frazier | 13 |
| 17-14343-ref | Robert Amos Courtright, Jr. and Stephanie Ann Courtright | 13 |
| 17-14574-amc | David T. Lipscomb | 13 |
| 17-14600-jkf | Adela Falquez | 13 |
| 17-14602-jkf | Kathleen D. Emmons | 13 |
| 17-14741-mdc | Robert L. Clark | 13 |
| 17-14853-jkf | Dorothy D. Morton | 13 |
| 17-14994-elf | Michael D. Franklin, Sr. | 13 |
| 17-15023-ref | Michael Steven Johnson and Jamie Shiner Johnson | 13 |
| 17-15137-amc | Scott L. Swope | 13 |
| 17-15349-mdc | Osvaldo Vega, Jr. and Lisa Ann Vega | 13 |
| 17-15358-elf | Larry Bruce Hillegass, Jr. | 13 |
| 17-15467-ref | Daniel John Putnam | 13 |
| 17-15538-mdc | Michael M Rosato | 13 |
| 17-15561-amc | David A. Eckert and Leanne Eckert | 13 |
| 17-15627-amc | Joseph M. Desris, Jr. | 13 |
| 17-15871-jkf | Timothy Reider and Tonya Reider | 7 |
| 17-16287-mdc | John C. Riley, Jr. and Teresa A. Riley | 13 |
| 17-16318-elf | Roy B Hendricks and Peggy J. Hendricks | 7 |
| 17-16336-jkf | Matthew S. Bologna and Jennifer A. Bologna | 13 |
| 17-16912-jkf | Michael E. Wilkins and Giselle R. Wilkins | 7 |
| 17-17743-jkf | Russel S. Bleiler, III | 13 |
| 17-17932-ref | Misty L. Witman | 13 |