# WELTMAN, WEINBERG & REIS Co., LPA
### ATTORNEYS AT LAW
*80 Years of Service.*

| | | |
|---|---|---|
| Brooklyn Hts 216 739 5100<br>Chicago 312 782 9676<br>Cincinnati 513 723 2200<br>Cleveland 216 685 1000<br>Columbus 614 228 7272 | **Keri P. Ebeck**<br>*Shareholder*<br>436 Seventh Avenue, Suite 2500 Pittsburgh, PA 15219<br>412 338 7102 phone<br>kebeck@weltman.com<br>weltman.com | Detroit 248 362 6100<br>Ft. Lauderdale 954 740 5200<br>Grove City 614 801 2600<br>Philadelphia 215 599 1500<br>Pittsburgh 412 434 7955 |

January 18, 2018

Clerk of Court
c/o Marie Kalinoski
Eastern District Bankruptcy Court of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

<u>**VIA EMAIL AND FIRST CLASS MAIL**</u>

RE:   Substitution of Counsel
      Keri P. Ebeck, Bar No. 91298

Dear Ms. Kalinoski:                                    AMENDED LETTER _ SUBSTITUTION OF COUNSEL

    This letter is to serve as a request to enter a substitution of counsel in all open bankruptcy cases (as attached hereto). I will be leaving my current firm of Weltman, Weinberg & Reis, Co., LPA on January 26, 2018 and Nathalie Paul, Esquire of our Philadelphia office will be entering her appearance on all of these cases. Can you please process this request for substitution of counsel of Keri P Ebeck to Nathalie Paul.

    I appreciate the Court's willingness to handle the substitution of counsel in this manner as oppose to requiring individual filings. Please reach out to me with any questions or concerns.

**WITHDRAWAL OF:**
Keri P. Ebeck, Esquire
436 7TH Avenue, Ste. 2500, Pittsburgh, PA 15219
Telephone: (412) 807-1552
Fax: (412) 434-7959
Email: kebeck@weltman.com

**ENTRY OF APPEARANCE**
Nathalie Paul, Esquire
Weltman, Weinberg & Reis, Co., LPA
170 S. Independence Mall W., Suite 874W
Philadelphia, PA 19106
Telephone: (267) 940-1643
Email: npaul@weltman.com

Keri P. Ebeck, Esquire

Very truly yours,

Nathalie Paul, Esquire