Certificate Number: 05781-PAE-DE-036312358

Bankruptcy Case Number: 17-12346



05781-PAE-DE-036312358

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2022, at 5:27 o'clock PM PST, Suzanne Scoda completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 6, 2022          By:   /s/Allison M Geving

                                  Name: Allison M Geving

                                  Title: President