United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-12346-mdc

Suzanne M. Scoda     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 20, 2022     Form ID: 138OBJ     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Suzanne M. Scoda, 4204 Barnett Street, Philadelphia, PA 19135-3108 |
| 14412559 | + | JPMorgan Chase Bank, N.A., c/o KEVIN S. FRANKEL, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150 King of Prussia, PA 19406-4702 |
| 14412507 | + | JPMorgan Chase Bank, National Association, c/o Kevin S. Frankel, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 14666255 | + | Kay Jewelers, c/o SCOTT DAVID FINK, Weltman Weinberg and Reis Co.,L.P.A, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 13894913 | | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 13913994 | + | STERLING JEWELERS INC D/B/A KAY JEWELERS, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 13894915 | | TD Bank USA, c/o Blatt, Hasenmiller, Leibsker & Moore, 10 S. LaSalle St., SUite 2000, Chicago, IL 60693-1069 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13894907 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:53:01 | CACH, LLC, 4340 S. Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 13900199 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:04:10 | Sears, PO Box 183082, Columbus, OH 43218-3082 |
| 13894910 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:03:59 | CITI Cards, 1500 Boltonfield Street, Columbus, OH 43228 |
| 13894908 | + | Email/Text: amanda@cascollects.com | Jul 20 2022 23:44:00 | Capital Collection Services, PO Box 150, West Berlin, NJ 08091-0150 |
| 13894911 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 20 2022 23:44:00 | County of Bucks Clerk of Courts, c/o Transworld Systems, Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 13900195 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2022 00:03:59 | DSNB Macy's, PO Box 17759, Clearwater, FL 33762 |
| 13894912 | + | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 13906422 | | Email/Text: mrdiscen@discover.com | Jul 20 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13900196 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2022 23:44:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 13894909 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 20 2022 23:42:19 | Chase Home Finance, 3415 Vision Drive, Columbus, OH 43219 |
| 13966234 | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 20 2022 23:42:19 | JPMorgan Chase Bank, N.A., c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14666216 | + Email/Text: BKRMailOps@weltman.com | Jul 20 2022 23:44:00 | KAY JEWLERS, C/O WELTMAN, WEINBERG, & REIS CO.LPA, 965 KEYNOTE CIRCLE, CLEVELAND, OH 44131-1829 |
| 13938005 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:52:50 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13894914 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:52:55 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 13968389 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2022 23:52:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13899508 | + Email/PDF: rmscedi@recoverycorp.com | Jul 20 2022 23:42:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13900189 | *+ | CACH, LLC, 4340 S. Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 13900192 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, CITI Cards, 1500 Boltonfield Street, Columbus, OH 43228 |
| 13900190 | *+ | Capital Collection Services, PO Box 150, West Berlin, NJ 08091-0150 |
| 13900193 | *+ | County of Bucks Clerk of Courts, c/o Transworld Systems, Inc., 5626 Frantz Road, Dublin, OH 43017-1559 |
| 13900194 | *+ | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 13900191 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Home Finance, 3415 Vision Drive, Columbus, OH 43219 |
| 13900198 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 13900197 | * | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 13900200 | * | TD Bank USA, c/o Blatt, Hasenmiller, Leibsker & Moore, 10 S. LaSalle St., SUite 2000, Chicago, IL 60693-1069 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

**Name**         **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 20, 2022 | Form ID: 138OBJ | Total Noticed: 25 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor JPMorgan Chase Bank  N.A. pa-bk@logs.com

MATTEO SAMUEL WEINER
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

NATHALIE PAUL
    on behalf of Creditor STERLING JEWELERS INC D/B/A KAY JEWELERS npaul@weltman.com  pitecf@weltman.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT DAVID FINK
    on behalf of Creditor Kay Jewlers sfink@weltman.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Joint Debtor Suzanne M. Scoda Perlick@verizon.net  pireland1@verizon.net

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Suzanne M. Scoda
        Debtor(s)

Case No: 17−12346−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/20/22

50 − 49
Form 138OBJ